# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH MORA,<br><br>        Plaintiff,<br><br>v.<br><br>CPL. WENRICK, et al.,<br><br>        Defendants. | Case No. CV 19-7661-JFW (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3/16/2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE